FILED
2011 Nov-30 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LARRY EDWARD JACKSON**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4-11-cv-02074-AKK-JEO |
| | ) |
| **GRANT CULLIVER, et al.**, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on November 1, 2011, recommending that plaintiff's application to proceed *in forma pauperis* (doc. 2) be denied and his complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g). The plaintiff filed objections to "every aspect of the magistrate judge's proposed findings and recommendations." (Doc. 17).

In plaintiff's 19-page single spaced, hand written objections, he appears to challenge both the magistrate judge's determination that he has at least three "strikes," and that he is not in imminent danger of serious injury."[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court

---

[1] Plaintiff also objects to the magistrate judge's denial of his motion for extension of time in which to file objections. As plaintiff has filed objections, which are now being considered, any objections to the denial of the motion for extension of time in which to do so are DENIED, as moot.

is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.

The court finds that the plaintiff has three "strikes," and therefore comes within the provision of 28 U.S.C. § 1915(g). On August 11, 2003, Northern District of Alabama Case No. 4:03-cv-752-USC-PWG was dismissed for failing to state a claim upon which relief could be granted, and plaintiff was put on notice that the dismissal was countable under 28 U.S.C. § 1915(g). The plaintiff's appeal of that case was dismissed as frivolous by the Eleventh Circuit in Case No. 03-14522-F on February 17, 2004, and also counts as a strike under 28 U.S.C. § 1915(g). Finally, plaintiff's appeal in Northern District of Alabama Case No. 4:04-cv-01693-RBP-PWG was also dismissed as frivolous by the Eleventh Circuit on April 17, 2006 in Case No. 05-15200-J, and counts as a third strike.

The court further finds that the plaintiff has failed to demonstrate that he is "under imminent danger of serious physical injury."

Plaintiff is therefore precluded from filing the instant action *in forma pauperis*, and this case is due to be dismissed. A Final Judgment will be entered.

Done the 30th day of November, 2011.

                                                  **ABDUL K. KALLON**
                                                  UNITED STATES DISTRICT JUDGE